OSCN Found Document:ESTABLISHMENT OF 2021 UNIFORM MILEAGE REIMBURSEMENT RATE FOR EXPENSES PAID FROM COURT FUND

 

 
 

 
 ESTABLISHMENT OF 2021 UNIFORM MILEAGE REIMBURSEMENT RATE FOR EXPENSES PAID FROM COURT FUND
2020 OK 112
Decided: 12/29/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 112, __ P. __

 
ORDER
Pursuant to the State Travel Reimbursement Act, 74 O.S. Section 500.4, reimbursement for authorized use of privately owned motor vehicles shall not exceed the amount prescribed by the Internal Revenue Code of 1986, as amended (26 U.S.C.A. section 1 et. seq.) For 2021, the standard business mileage rate prescribed by the Internal Revenue Service is $.56 cents per mile.
Therefore, the 2021 mileage rate which is reimbursed by the court fund, including, but not limited to jurors, interpreters and witnesses, shall be computed at $.56 cents per mile.
DONE BY ORDER OF THE SUPREME COURT THIS 29th DAY OF DECEMBER, 2020.
/S/CHIEF JUSTICE